IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DANNY RAY TAYLOR, <br> Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:14-cv-12 |
| UNION PACIFIC RAILROAD COMPANY, <br> Defendant | § § § § | |

## ORDER

On this day came for consideration the Agreed Motion to Dismiss With Prejudice. The Court, having considered the motion, is of the opinion that the motion should be GRANTED. It is hereby:

ORDERED that Plaintiff Taylor's claims against Union Pacific Railroad Company are dismissed with prejudice; and it is further;

ORDERED that all costs of Court are assessed against the parties incurring them.

SIGNED this 5th day of February, 2015.

*[signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE