IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **DANNY RAY TAYLOR** | § |
| | § |
| **V.** | §   No. 5:14cv12 |
| | § |
| **UNION PACIFIC RAILROAD** | § |
| **COMPANY** | § |

## FINAL JUDGMENT

In accordance with the Court's Order granting the parties' Agreed Motion to Dismiss With Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 5th day of February, 2015.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE